

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

**August 28, 2000**

(717) 221-3920
FAX  (717) 221-3959

③
8-29-00

Loren L. Pierce, Esquire
McElroy, Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, PA 07962

Dear Attorney Pierce:

We have reviewed the docket in:

Civil Action No.: CV-00-1140

Caption:   Graham Architectural
           vs.
           Star Insurance Company

and note the following matters which require your attention:

Summons with completion of service not returned: __X__

Responsive pleading not filed:_____

It is important that the above deficiency be corrected within ten days from the date of this letter. At that time, without further notice to you, the Court will be advised of the status of this case for such action as it deems appropriate.

Very truly yours,

MARY E. D'ANDREA, CLERK

Ann Severino-Michael
Deputy Clerk

c: Judge William W. Caldwell
   File Copy ✓

**FILED**
HARRISBURG, PA

AUG 2 8 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk