**ORIGINAL**

2 to cf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:CV-00-1140 |
| ) | |
| v. ) | (Hon. William W. Caldwell) |
| ) | |
| STAR INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

FILED
HARRISBURG, PA

OCT 0 2 2000

MARY E. D'ANDREA, CLERK
Per _____

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Robert J. Blumling, Esquire and David A. Levine, Esquire, and the law firm of Blumling & Gusky, LLP, as counsel for the Defendant Star Insurance Company in the within captioned matter.

Respectfully submitted,

**BLUMLING & GUSKY, LLP**

By: _____

Robert J. Blumling, Esquire
PA I.D. No. 37943
David A. Levine, Esquire
PA I.D. No. 65676
1200 Koppers Building
Pittsburgh, PA 15219
Firm # 458
(412) 227-2500

{9013.01/240874:}

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2000, a true and correct copy of the foregoing **Entry of Appearance** was served via United States First Class Mail, Postage Prepaid, upon the following:

Loren L. Pierce, Esquire
MCELROY, DEUTSCH & MULVANEY
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

_Jennifer Haus_