**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA  See Attachment

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:CV-00-1140 |
| STAR INSURANCE COMPANY, | ) (Hon. William W. Caldwell) |
| Defendant. | ) |

FILED HARRISBURG
OCT 1 3 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

**STIPULATION FOR EXTENSION OF TIME**

It is hereby stipulated by and between counsel for Plaintiff and the Defendant Star Insurance Company that the time period for Star Insurance Company to move, respond or to otherwise plead in response to the Plaintiff's Complaint is extended thirty (30) days, or until Monday, October 30, 2000.

CONSENTED TO BY:

MCELROY, DEUTSCH & MULVANEY                BLUMLING & GUSKY, L.L.P.

By: _Loren Pierce by David Levine with permission_        By: _[signature]_
Loren L. Pierce, Esquire                                    Robert J. Blumling, Esquire
1300 Mt. Kemble Avenue                                      PA I.D. No. 37943
Post Office Box 2075                                        David A. Levine, Esquire
Morristown, New Jersey 07962-2075                           PA I.D. No. 65676
Telephone: (973) 993-8100                                   1200 Koppers Building
Counsel for Plaintiff, Graham                               Pittsburgh, PA 15219
Architectural Product, Corp.                                Telephone: (412) 227-2500
                                                            Counsel for Defendant Star Insurance
                                                            Company

FILED
HARRISBURG, PA

OCT 1 9 2000

MARY E. D'ANDREA, CLERK
Per_____
       Deputy Clerk

_William W. Caldwell_
United States District Judge

Date: Oct. 18, 2000

{9013.01/241302:}

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2000, a true and correct copy of the foregoing **Stipulation for Extension of Time** was served via United States First Class Mail, Postage Prepaid, upon the following:

>Loren L. Pierce, Esquire
>MCELROY, DEUTSCH & MULVANEY
>1300 Mt. Kemble Avenue
>P.O. Box 2075
>Morristown, NJ 07962-2075

{9013.01/241302:}

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 19, 2000

Re:  1:00-cv-01140    Graham Architectural v. Star Insurance Compa

True and correct copies of the attached were mailed by the clerk
to the following:

```
    Loren L. Pierce, Esq.
    McElroy, Deutsch & Mulvaney
    1300 Mt. Kemble Avenue
    P.O. Box 2075
    Morristown, NJ  07962-2075

    Robert J. Blumling, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Bldg
    Pittsburgh, PA  15219

    David A. Levine, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Building
    Pittsburgh, PA  15219
```

```
cc:
Judge                           ( ✓ )
Magistrate Judge                (   )
U.S. Marshal                    (   )
Probation                       (   )
U.S. Attorney                   (   )
Atty. for Deft.                 (   )
Defendant                       (   )
Warden                          (   )
Bureau of Prisons               (   )
Ct Reporter                     (   )
Ctroom Deputy                   (   )
Orig-Security                   (   )
Federal Public Defender         (   )
Summons Issued                  (   ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             (   )
Order to Show Cause             (   ) with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )   PA Atty Gen ( )
                                           DA of County  ( )   Respondents ( )
Bankruptcy Court                (   )
```

Other_____(  )

                 MARY E. D'ANDREA, Clerk

DATE: _____10/19/00_____       BY: _____
                       Deputy Clerk