cc: Clk Amy 

12-1-00

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

Graham Architectural Products Corp. v. .      CASE NO: 1:CV-00-1140
Star Insurance Company

DATE: November 30, 2000

Hon. William W. Caldwell    presiding in chambers    in Harrisburg, PA
Nature of Hearing    Case Management Conference
Time Commenced 11:00 a.m.    Time Terminated 11:15 AM

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| ~~Loren L. Pierce, Esquire~~ | | Robert J. Blumling, Esquire |
| Mark Rosen | | David A. Levine, Esquire |

**FILED**
HARRISBURG, PA

NOV 30 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☑ See Order

REMARKS:

Continue remarks and notes on back.