See Attach[ment] 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GRAHAM ARCHITECTURAL  
PRODUCTS CORP.,  
    Plaintiff  

vs.                :    CIVIL ACTION NO. 1:CV-00-1140

STAR INSURANCE COMPANY,  
    Defendant

FILED  
HARRISBURG, PA  
NOV 3 0 2000  
MARY E. D'ANDREA, CLERK  
Per _____  
Deputy Clerk

O R D E R

AND NOW, this 30th day of November, 2000, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a) Discovery shall be completed by March 30, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by April 30, 2001, and defendant's report is due by May 21, 2001. (This case is on the standard track).

    b) Motions for joinder of parties shall be filed by December 29, 2000. Motions to amend pleadings shall be filed by February 28, 2001.

    c) All pre-trial motions shall be filed by April 16, 2001, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case shall be placed on the June, 2001 trial list of this court, scheduling order to follow. Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

AO 72A  
(Rev.8/82)

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

*William W. Caldwell*
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 30, 2000

Re:  1:00-cv-01140    Graham Architectural v. Star Insurance Compa

True and correct copies of the attached were mailed by the clerk
to the following:

    Loren L. Pierce, Esq.
    McElroy, Deutsch & Mulvaney
    1300 Mt. Kemble Avenue
    P.O. Box 2075
    Morristown, NJ   07962-2075

    Robert J. Blumling, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Bldg
    Pittsburgh, PA   15219

    David A. Levine, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Building
    Pittsburgh, PA   15219

```
cc:
Judge                          ( ✓ )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )   PA Atty Gen ( )
                                        DA of County   ( )   Respondents ( )
Bankruptcy Court               ( )
```

Other_____( )

DATE: _____11/30/00_____

MARY E. D'ANDREA, Clerk

BY: _____
Deputy Clerk