# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | Civil No. 1:CV-00-1140 |
| Plaintiff, | |
| v. | |
| | **NOTICE OF MOTION** |
| STAR INSURANCE COMPANY, | |
| Defendant. | |

TO:  **Blumling & Gusky, LLP**
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania  15219
(412) 227-2500
Attorneys for Defendant,
**STAR INSURANCE COMPANY**

**FILED**
HARRISBURG, PA

JAN 0 8 2001

MARY E. D'ANDREA, CLERK
Per _____
                Deputy Clerk

**PLEASE TAKE NOTICE** that Plaintiff, Graham Architectural Products Corp., through its counsel, McElroy, Deutsch & Mulvaney, will move before the United States District Court for the Middle District of Pennsylvania, located at 228 Walnut Street, Harrisburg, Pennsylvania, and apply to the Court for an order admitting Mark A. Rosen, Esq., of the law firm of McElroy, Deutsch & Mulvaney, pro hac vice, to appear in this matter as counsel for plaintiff.

In support thereof, the undersigned submits the accompanying Affidavit of Mark A. Rosen, Esq., the Certification of Loren L. Pierce, Esq., and a proposed form of order.

Oral argument is waived unless objections are filed.

McELROY, DEUTSCH & MULVANEY
Attorneys for Plaintiff,

By: _____
Loren L. Pierce
I.D. No. 45182
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075

Dated: January 4, 2001

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | Civil No. 1:CV-00-1140 |
| Plaintiff, | |
| v. | |
| STAR INSURANCE COMPANY, | CERTIFICATE OF SERVICE |
| Defendant. | |

I, **CARLA R. AUSTIN,** secretary to the attorney for the above-named plaintiff, Graham Architectural Products, Corp., do hereby certify that I caused a copy of Plaintiff's Notice of Motion with supporting papers to be served upon Blumling & Gusky, LLP, counsel for Star Insurance Company via regular mail and all other counsel of record via regular mail on January 4, 2001.

_____
**CARLA R. AUSTIN**

Dated: January 4, 2001.

3