# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | Civil No. 1:CV-00-1140 |
| Plaintiff, | |
| v. | AFFIDAVIT OF MARK A. ROSEN, ESQ., IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE |
| STAR INSURANCE COMPANY, | |
| Defendant. | |

STATE OF NEW JERSEY  :
                    : SS.:
COUNTY OF MORRIS    :

**FILED**
HARRISBURG, PA

JAN 0 8 2001

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

I, **MARK A. ROSEN**, upon my oath, depose and say:

1. I am an attorney at law and a member in good standing of the bar of the following courts: the New Jersey State Bar; the New York State Bar; the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York.

2. I make this Affidavit in support of plaintiff's motion for my admission pro hac vice.

3. I am a member of the law firm of McElroy, Deutsch & Mulvaney.

4. McElroy, Deutsch & Mulvaney has a longstanding relationship with plaintiff and has represented plaintiff in numerous contract, construction and insurance matters.

5. I possess the expertise and knowledge necessary to effectively represent plaintiff in this matter.

6. I am not under suspension or disbarment by any court.

7. I have read and agree to be bound by the Local Rules of the United States District Court for the Middle District of Pennsylvania.

MARK A. ROSEN

Sworn to and subscribed to
before me this 4th day
of January, 2001.

Carla R. Austin, Notary Public

CARLA R. AUSTIN
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 03/31/2005

My Commission Expires:

2