# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | : | Civil No. 1:CV-00-1140 |
| Plaintiff, | : | |
| vs. | : | CERTIFICATION OF LOREN L. PIERCE, ESQ., IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE |
| STAR INSURANCE COMPANY | : | |
| Defendant. | : | |

**FILED**
HARRISBURG, PA
JAN 0 8 2001
MARY E. D'ANDREA, CL
Per _____ Deputy Clerk

**LOREN L. PIERCE**, of full age, hereby certifies as follows:

1.  I am an attorney at law admitted to practice in the United States District Court for the Middle District of Pennsylvania, and a member of the law firm of McElroy, Deutsch & Mulvaney, counsel for Plaintiff, Graham Architectural Products Corp.

2.  I make this Certification in support of plaintiff's motion for admission of Mark A. Rosen, Esq., pro hac vice.

3.  Mark A. Rosen, Esq., is an attorney at law and a member in good standing of the bar of the following courts: the New Jersey State Bar; the New York State Bar; the United States District Court for the District of New Jersey; the United States District Court for the Southern District of New York; the United States District Court for the Middle District of New York.

4.  In my opinion, Mr. Rosen possesses the requisite qualifications for admission to this Court pro hac vice.

5. I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

McELROY, DEUTSCH & MULVANEY<br>
Attorneys for Plaintiff,<br>
**GRAHAM ARCHITECTURAL<br>
PRODUCTS CORP.**

Dated: January 4, 2001.    By: _____
Loren L. Pierce, Esq.
I.D. No. 45182
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

Cert. of GCB/Mountbatten

2