ORIGINAL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GRAHAM ARCHITECTURAL     :     Civil No. 1:CV-00-1140
PRODUCTS CORP.,

         Plaintiff,     :

   :

v.     :

   :

STAR INSURANCE COMPANY,     :

         Defendant.     :

**FILED**
HARRISBURG, PA

JAN 0 8 2001

**ORDER**

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

      THIS MATTER having been opened to the Court on the application of Plaintiff,

Graham Architectural Products Corp., through its counsel, McElroy, Deutsch &

Mulvaney, on notice to Defendant, Star Insurance Company, Inc., through its counsel,

Blumling & Gusky, LLP, for an order admitting Mark A. Rosen, Esq. to the United States

District Court for the Middle District of Pennsylvania;  and the Court having considered

the papers submitted in support of said motion, any opposition thereto, the oral argument

of counsel, if any, and for good cause shown;

     **IT IS** on this 8 day of January, 2001;

     **ORDERED** that Mark A. Rosen, Esq. is admitted to practice, pro hac vice, to the

United States District Court for the Middle District of Pennsylvania, for the purpose of

representing plaintiff, Graham Architectural Products Corp. before this Court as counsel

in the above-captioned action; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel within

_____ days of receipt of same by moving counsel.

_William W Caldwell_
, U.S.D.J.

Mountbatten Order-MJM

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:  1:00-cv-01140    Graham Architectural v. Star Insurance Compa

True and correct copies of the attached were mailed by the clerk
to the following:

        Loren L. Pierce, Esq.
        McElroy, Deutsch & Mulvaney
        1300 Mt. Kemble Avenue
        P.O. Box 2075
        Morristown, NJ  07962-2075

        Mark A. Rosen, Esq.
        McElroy, Deutsch & Mulvaney
        1300 Mt. Kemble Avenue
        P.O. Box 2075
        Morristown, NJ  07962-2075

        Robert J. Blumling, Esq.
        Blumling & Gusky, LLP
        1200 Koppers Bldg
        Pittsburgh, PA  15219

        David A. Levine, Esq.
        Blumling & Gusky, LLP
        1200 Koppers Building
        Pittsburgh, PA  15219

cc:
Judge                     ( ✓ )
Magistrate Judge          (   )
U.S. Marshal              (   )
Probation                 (   )
U.S. Attorney             (   )
Atty. for Deft.           (   )
Defendant                 (   )
Warden                    (   )
Bureau of Prisons         (   )
Ct Reporter               (   )
Ctroom Deputy             (   )
Orig-Security             (   )
Federal Public Defender   (   )
Summons Issued            (   ) with N/C attached to complt. and served by:

```
                              U.S. Marshal (  )     Pltf's Attorney (  )
Standard Order 93-5    (  )
Order to Show Cause    (  )   with Petition attached & mailed certified mail
                              to:  US Atty Gen   (  )  PA Atty Gen (  )
                                   DA of County  (  )  Respondents (  )
Bankruptcy Court       (  )
Other_____(  )
                                           MARY E. D'ANDREA, Clerk


DATE:  _____1/8/01_____         BY: _____
                                         Deputy Clerk
```