

(15)
1/10/01

# MCELROY, DEUTSCH & MULVANEY, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

MARK A. ROSEN
Direct dial: (973) 425-8753
mrosen@mdmlaw.com

January 4, 2001

**FILED**
HARRISBURG, PA

**JAN 1 0 2001**

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

United States District Court
Middle District of Pennsylvania
P. O. Box 11877
Federal Building
Harrisburg, Pennsylvania 17108

**Attention:  Honorable William W. Caldwell**

    Re:    **Graham Architectural Products Corp.**
           **vs. Star Insurance Company**
           **Civil Action No.  1:CV-00-1140**
           **Our File No.  G0193-1021**

Dear Judge Caldwell:

    I enclose an original and one copy of plaintiff Graham Architectural Products Corp.'s Notice of Motion, Affidavit of Mark A. Rosen, Esq. in support of motion and an original and two copies of a proposed form of order.  Please file these documents and return a copy stamped "filed" in the self-addressed, postage paid, return envelope provided.

    Thank you for your consideration.

                                Very truly yours,

                                MCELROY, DEUTSCH & MULVANEY

                                Mark A. Rosen

MAR:Cra

JAN 9, 2001

TO: GEORGE GARDNER

PER OUR CONVERSATION TODAY, ENCLOSED IS OUR CHECK FOR $25 FILING FEE. THANKS FOR YOUR HELP. CARLA AUSTIN

NEW YORK, NEW YORK          DENVER, COLORADO          RIDGEWOOD, NEW JERSEY