**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | ) ) ) | Civil Action |
| Plaintiff, | ) ) ) | Civil Action No. 1:CV-00-1140 (Hon. William W. Caldwell) |
| v. | ) ) ) | |
| STAR INSURANCE COMPANY, | ) ) ) | FILED HARRISBURG |
| Defendant. | ) ) | MAR 07 2001 MARY E. D'ANDREA, CLERK Per _____ DEPUTY CLERK |

## MOTION TO EXTEND TIME FOR DISCOVERY AND MODIFY CASE MANAGEMENT ORDER

Defendant, Star Insurance Company ("Star"), by and through its undersigned counsel, files the following Motion to Extend Time for Discovery and Modify Case Management Order and states as follows:

1. On November 30, 2000, this Court issued a Case Management Order, a true and correct copy of which is attached hereto as Exhibit "A".

2. Under the terms of the Case Management Order, the parties, are to complete all discovery on or before March 30, 2001.

3. Following the Court's November 30, 2000 Order, Defendants' counsel attempted to engage in settlement discussions with the Plaintiff in order to determine whether this matter could be resolved prior to incurring substantial costs associated with conducting written discovery and depositions.

4.  Because this matter could not be resolved during settlement discussions between counsel, Defendants will need to take the depositions of several key witnesses with knowledge of the facts of this matter.

5.  Star requests that discovery be extended an additional thirty (30) days so that Defendant can conclude its discovery in this case.

6.  Star is confident that discovery can be concluded provided the deadline for concluding discovery is extended for a period of thirty (30) days.

7.  Star further requests that the other deadlines set forth in the Case Management Order for filing of pre-trial motions and for filing of the parties expert reports be extended as well.

8.  The relief requested herein will not delay prosecution of the claims at issue in this litigation, will not affect the June, 2001 trial list date, and will, in all likelihood, allow the parties to more carefully narrow the issues in dispute for purposes of discovery, participating in the pretrial conference and proceeding to trial.

**WHEREFORE**, Defendant Star Insurance Company respectfully requests that this Honorable Court extend the time for discovery for a period of thirty (30) days beyond the deadline stated in the November 30, 2000 Case Management Order such that discovery will now conclude on or before April 30, 2001 and requests that the Case Management Order be amended.

Respectfully submitted,

BLUMLING & GUSKY, LLP

By: _____
Robert J. Blumling, Esquire
PA I.D. #37943
Michael D. Klein, Esquire
PA I.D. #76212
Anthony E. Como, Esquire
PA I.D. #85992

1200 Koppers Building
Pittsburgh, PA 15219
(412) 227-2500
Firm No. 458

Counsel for Defendant, Star Insurance Company

{20146.01/246597:}

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:CV-00-1140 |
| STAR INSURANCE COMPANY, | ) (Hon. William W. Caldwell) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this _____ day of _____, it is hereby Ordered, Adjudged and Decreed that the discovery period is extended by thirty (30) days and will conclude on April 30, 2001.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:CV-00-1140 |
| v. | ) | |
| | ) | (Hon. William W. Caldwell) |
| STAR INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED CASE MANAGEMENT ORDER**

AND NOW, this _____ day of _____, it is hereby ORDERED that the November 30, 2000 Case Management Order is hereby VACATED;

IT IS FURTHER ORDERED that the Amended Case Management Order shall be as follows:

a) Discovery shall be completed by April 30, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by May 15, 2001, and defendant's report is due by May 30, 2001.

b) All pre-trial motions shall be filed by May 10, 2001, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

c) This case shall remain on the June 2001 trial list of this court. Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION TO EXTEND TIME FOR DISCOVERY AND MODIFY CASE MANAGEMENT ORDER** was served this _6th_ day of March, 2001, upon the following, by depositing the same in the United States Mail, First Class, Postage Pre-Paid, upon the following:

>Mark A. Rosen, Esquire
>Loren L. Pierce, Esquire
>MCELROY, DEUTSCH & MULVANEY
>1300 Mt. Kemble Avenue
>P.O. Box 2075
>Morristown, NJ 07962-2075

_[signature]_

{20146.01/246597:}

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GRAHAM ARCHITECTURAL  :
PRODUCTS CORP.,
    Plaintiff  :

vs.  : CIVIL ACTION NO. 1:CV-00-1140

    :
STAR INSURANCE COMPANY,
    Defendant  :

**FILED**
HARRISBURG, PA

NOV 3 0 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

O R D E R

AND NOW, this 30th day of November, 2000, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a) Discovery shall be completed by March 30, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by April 30, 2001, and defendant's report is due by May 21, 2001. (This case is on the standard track).

    b) Motions for joinder of parties shall be filed by December 29, 2000. Motions to amend pleadings shall be filed by February 28, 2001.

    c) All pre-trial motions shall be filed by April 16, 2001, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case shall be placed on the June, 2001 trial list of this court, scheduling order to follow. Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

AO 72A
(Rev.8/82)

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

William W. Caldwell
United States District Judge

2

AO 72A
(Rev.8/82)

David A. Levine, Esq.
Blumling & Gusky, LLP
1200 Koppers Building
Pittsburgh, PA  15219


Re: 1:00-cv-01140

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |