*Sealed*

(18)
3-14-0
sc

FILED
HARRISBURG, PA

MAR 1 3 2001

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:CV-00-1140 |
| STAR INSURANCE COMPANY, | ) (Hon. William W. Caldwell) |
| Defendant. | ) |

## AMENDED CASE MANAGEMENT ORDER

AND NOW, this _13th_ day of _March_, it is hereby ORDERED that the November 30, 2000 Case Management Order is hereby VACATED;

IT IS FURTHER ORDERED that the Amended Case Management Order shall be as follows:

a)  Discovery shall be completed by April 30, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by May 15, 2001, and defendant's report is due by May 30, 2001.

b)  All pre-trial motions shall be filed by May 10, 2001, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

c)  This case shall remain on the June 2001 trial list of this court. Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

_/s/ William W. Caldwell_
United States District Judge

{20146.01/246597:}

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 13, 2001

Re: 1:00-cv-01140    Graham Architectural v. Star Insurance Compa

True and correct copies of the attached were mailed by the clerk to the following:

    Loren L. Pierce, Esq.
    McElroy, Deutsch & Mulvaney
    1300 Mt. Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962-2075

    Mark A. Rosen, Esq.
    McElroy, Deutsch & Mulvaney
    1300 Mt. Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962-2075

    Robert J. Blumling, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Bldg
    Pittsburgh, PA 15219

    David A. Levine, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Building
    Pittsburgh, PA 15219

```
cc:
Judge                          (✓)            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            (✓) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    (✓)
Ctroom Deputy                  (✓)
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
```

```
Standard Order 93-5        ( )     U.S. Marshal ( )    Pltf's Attorney ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                     DA of County  ( )   Respondents   ( )
Bankruptcy Court           ( )
Other_____      ( )
                                                       MARY E. D'ANDREA, Clerk

DATE: ____3/13/01____                           BY: _____(signature)_____
                                                         Deputy Clerk
```