See attached

FILED
HARRISBURG, PA

APR 19 2001

MARY E. D'ANDREA, CLERK
PER_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., | Civil Action No. 1:CV-00-1140<br>Judge William W. Caldwell |
| Plaintiff, | SECOND AMENDED CASE MANAGEMENT ORDER |
| v. | |
| STAR INSURANCE COMPANY, | |
| Defendant. | |

AND NOW, this 19th day of April, 2001, it is hereby Ordered, Adjudged and Decreed that the March 13, 2001, Amended Case Management Order is hereby VACATED;

**IT IS FURTHER ORDERED**, that the Second Amended Case Management Order shall be as follows:

A.  Discovery shall be suspended until this Court issues its Order concerning Defendant's Motion for Leave to File Supplemental Answer and Affirmative Defenses.

B.  Discovery shall be completed sixty (60) days from the date on which this Court issues its Order concerning Defendant's Motion for Leave to File Supplemental Answer And Affirmative Defenses. Plaintiff's expert witness report is due seventy five (75) days from the date on which this Court issues its Order concerning Defendant's Motion for Leave to File

Supplemental Answer And Affirmative Defenses. Defendant's expert witness report is due ninety (90) days from the date on which this Court issues its Order concerning Defendant's Motion for Leave to File Supplemental Answer And Affirmative Defenses.

 C. All pre-trial motions shall be filed seventy (70) days from the date on which this Court issues its Order concerning Defendant's Motion for Leave to File Supplemental Answer And Affirmative Defenses. All pre-trial motions shall be accompanied by a supporting Brief which shall comply with local Rule 7.8 and paragraph IV of the Scheduling Order previously entered in this Court.

 D. This case shall be put on the ___December___, 2001 trial list of this Court. The parties and known witnesses shall be notified of the schedule immediately, or as soon as identified as such.

            _William W. Caldwell_
            Hon. William W. Caldwell
            United States District Judge

\\WP\users\RMoskow\Graham Architectural\Star\Pleadings\Second Amended Case Management Order 4.16.01.doc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 19, 2001

Re:  1:00-cv-01140   Graham Architectural v. Star Insurance Compa


True and correct copies of the attached were mailed by the clerk to the following:

Loren L. Pierce, Esq.
McElroy, Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075

Mark A. Rosen, Esq.
McElroy, Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075

Robert J. Blumling, Esq.
Blumling & Gusky, LLP
1200 Koppers Bldg
Pittsburgh, PA  15219

Michael D. Klein, Esq.
Blumling & Gusky, LLP
1200 Koppers Bldg
Pittsburgh, PA  15219

David A. Levine, Esq.
Blumling & Gusky, LLP
1200 Koppers Building
Pittsburgh, PA  15219

Anthony E. Como, Esq.
Bluming & Gusky, LLP
1200 Koppers Building
Pittsburgh, PA  15219

```
cc:
Judge                              (✓)        ( ) Pro Se Law Clerk
Magistrate Judge                   ( )        ( ) INS
U.S. Marshal                       ( )        ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )   with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )   with Petition attached & mailed certified mail
                                         to:  US Atty Gen   ( )   PA Atty Gen ( )
                                              DA of County  ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____              ( )
                                                     MARY E. D'ANDREA, Clerk

DATE:  4/19/01                                 BY: _____
                                                     Deputy Clerk
```