ORIGINAL



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM ARCHITECTURAL PRODUCTS CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**STAR INSURANCE COMPANY,**<br><br>Defendant. | Civil Action No. 1:CV-00-1140<br>Hon. William W. Caldwell<br><br>FILED<br>SCRANTON<br><br>APR 2 4 2001<br><br>PER _____<br>DEPUTY CLERK |

**Carla R. Austin**, being duly sworn, deposes and says: That deponent is not a party to this action, is over 18 years of age and is employed at McElroy, Deutsch & Mulvaney, 1300 Mt. Kemble Avenue, Morristown, New Jersey 07962.

That on April 23, 2001, deponent personally served a true copy of **PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND and ATTORNEY AFFIRMATION**, via First Class Mail to the following:

> Blumling & Gusky, LLP
> Attn: Michael D. Klein, Esq.
> 1200 Koppers Building
> 436 Seventh Avenue
> Pittsburgh, Pennsylvania 15219

being the address designated by said attorneys for that purpose.

Carla R. Austin

Sworn and subscribed to
before me this 23rd day
of April, 2001.

Concetta Cotugno, Notary Public

CONCETTA A. COTUGNO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 21, 2005

*Graham Architectural v. Star Insurance.*
*Our File No. G0193-1021*