See Attachment

31
1/2/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE:
Graham Architectural Products v.:
Star Insurance Company          :   Civil Action No. 1:CV-00-1140

Joan D. Tesche v.               :
CNA Insurance Companies, et al. :   Civil Action No. 1:CV-01-0326

Raymond McFadden v.             :
CSX Transportation, Inc.        :   Civil Action No. 1:CV-01-0515

**Potts Manufacturing, Inc. v. :
Fidelity and Deposit Co. of MD  :   Civil Action No. 1:CV-01-1446

**  Non Jury Trial

FILED
DEC 28 2001
PER
HARRISBURG, PA.     DEPUTY CLERK

O R D E R

I.  The above-captioned civil cases have been placed on the April 2002 trial list for trial in Harrisburg, Pennsylvania.

II. Juries in all cases will be drawn in Court Room No. 1, Ninth Floor, Federal Building, Harrisburg, Pennsylvania, beginning at 9:30 a.m. on Monday, April 22, 2002.  Pending criminal trials, if any, will be tried first.  Civil jury trials will begin immediately following jury selection in the order of the docket numbers (assuming no criminal trials), with the earliest docket number going first and continuing to the most recent docket number.  Non-jury matters will be tried last. Counsel should be aware that settlements, etc., will often reduce the actual number of cases for trial as the date approaches.

AO 72A
(Rev.8/82)

III. All pre-trial conferences will be held as follows on Thursday, April 18, 2002, in my chambers, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania:

| | |
|---|---|
| 10:00 a.m. | No. 1:CV-01-1446 |
| 10:30 a.m. | No. 1:CV-01-0326 |
| 11:00 a.m. | No. 1:CV-01-0515 |
| 11:30 a.m. | No. 1:CV-00-1140 |

Lead counsel for each party shall attend the conference and have full authority to effectuate a complete settlement pursuant to Local Rule LR 16.2.

IV. Counsel who will try the case are directed to confer with all other trial counsel in the case at least five (5) days prior to the date of the pre-trial conference. Local Rule LR 16.3. Subsequent to this meeting of counsel and at least two (2) days prior to the pre-trial conference, counsel shall submit a pre-trial memorandum in the form set forth in Appendix B of our Local Rules. Local Rule LR 16.6.

V. At the conference of counsel, pursuant to Local Rule LR 16.3, all exhibits that any party intends to introduce at trial (whether in his case in chief or in rebuttal) shall be identified and numbered on the attached form. Only exhibits so listed may be offered in evidence at the trial, absent compelling reasons to the contrary. Local Rule LR 16.3.

2

VI. Trial briefs shall be submitted prior to trial and shall conform to Local Rule LR 39.7. Motions in limine, if any, shall be filed at least ten (10) days prior to jury selection, and any response shall be filed three (3) days before jury selection. All requests for jury instructions shall be submitted before trial commences and shall conform to Local Rule LR 51.1. Requests for juror voir dire shall be submitted at least three days prior to jury selection, limited to eight in number.

VII. Whenever any civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, jurors' costs, including mileage and per diem, may be assessed against the parties as directed by the court, <u>unless</u> the Clerk's office at the place in which jury selection is to be held is notified of the settlement in sufficient time to permit the Clerk to advise the jurors that their attendance will not be necessary. Notice to the Clerk's office before 2:00 p.m. on the last business day preceding the day on which the jury is to be selected shall be adequate for this purpose.

VIII. Failure of counsel to abide by this order or our Local Rule LR 16 may result in imposition of the sanctions listed in Local Rule LR 83.3.

AO 72A
(Rev.8/82)

      IX.   The objective of this order is to provide all parties with timely resolution of their claims and to facilitate as effectively as possible an appropriate disposition of the issues at trial.  The cooperation of counsel is essential to this purpose.

/s/ William W. Caldwell<br>
William W. Caldwell<br>
United States District Judge

Date:   December 28, 2001

AO 72A
(Rev.8/82)

**EXHIBIT LIST**

JUDGE _____   CASE NUMBER _____

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 28, 2001

Re:  1:00-cv-01140   Graham Architectural v. Star Insurance Compa

True and correct copies of the attached were mailed by the clerk to the following:

    Loren L. Pierce, Esq.
    McElroy, Deutsch & Mulvaney
    1300 Mt. Kemble Avenue
    P.O. Box 2075
    Morristown, NJ  07962-2075

    Mark A. Rosen, Esq.
    McElroy, Deutsch & Mulvaney
    1300 Mt. Kemble Avenue
    P.O. Box 2075
    Morristown, NJ  07962-2075

    Robert J. Blumling, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Bldg
    Pittsburgh, PA  15219

    Michael D. Klein, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Bldg
    Pittsburgh, PA  15219

    David A. Levine, Esq.
    Blumling & Gusky, LLP
    1200 Koppers Building
    Pittsburgh, PA  15219

    Anthony E. Como, Esq.
    Bluming & Gusky, LLP
    1200 Koppers Building
    Pittsburgh, PA  15219

```
cc:
Judge                         (✓)           ( ) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             (✓)
Ct Reporter                   (✓)
Ctroom Deputy                 (✓)
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____   ( )
                                                     MARY E. D'ANDREA, Clerk

DATE: __12/28/01__                           BY: _____
                                                     Deputy Clerk
```