*See Attachment* 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GRAHAM ARCHITECTURAL
PRODUCTS CORP.,
      Plaintiff

vs.                     CIVIL ACTION NO. 1:CV-00-1140

STAR INSURANCE COMPANY,
      Defendant

### O R D E R

AND NOW, this 16th day of January, 2002, it is Ordered that the December 28, 2001, scheduling order is vacated. The request for an indefinite postponement is denied and the case will be listed for a final scheduling conference in April 2002. An order will follow.

                                         William W. Caldwell
                                         United States District Judge



FILED
JAN 1 6 2002
PER
HARRISBURG, PA.    DEPUTY CLERK

AO 72A
(Rev.8/82)

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          January 16, 2002


Re:  1:00-cv-01140   Graham Architectural v. Star Insurance Compa



True and correct copies of the attached were mailed by the clerk
to the following:


     Loren L. Pierce, Esq.
     McElroy, Deutsch & Mulvaney
     1300 Mt. Kemble Avenue
     P.O. Box 2075
     Morristown, NJ  07962-2075

     Mark A. Rosen, Esq.
     McElroy, Deutsch & Mulvaney
     1300 Mt. Kemble Avenue
     P.O. Box 2075
     Morristown, NJ  07962-2075

     Robert Moskow, Esq.
     McElroy, Deutsch & Mulvaney, LLP
     1300 Mt. Kemble Avenue
     P.O. Box 2075
     Morristown, NJ  07962

     Robert J. Blumling, Esq.
     Blumling & Gusky, LLP
     1200 Koppers Bldg
     Pittsburgh, PA  15219

     Michael D. Klein, Esq.
     Blumling & Gusky, LLP
     1200 Koppers Bldg
     Pittsburgh, PA  15219

     David A. Levine, Esq.
     Blumling & Gusky, LLP
     1200 Koppers Building
     Pittsburgh, PA  15219

     Anthony E. Como, Esq.
     Bluming & Gusky, LLP
     1200 Koppers Building
     Pittsburgh, PA  15219
```

```
cc:
Judge                         (✓)         ( ) Pro Se Law Clerk
Magistrate Judge              ( )         ( ) INS
U.S. Marshal                  ( )         ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 (✓)
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen  ( )   PA Atty Gen ( )
                                      DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____          ( )
                                                   MARY E. D'ANDREA, Clerk

DATE:    1/16/02                    BY:   _____
                                               Deputy Clerk
```