# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

CASE NO: 1:CV-00-1140

Graham Architectural Products v.
Star Insurance Company

DATE: April 19, 2002

Hon. __William W. Caldwell__ presiding __in chambers__ in __Harrisburg, PA__
Nature of Hearing __Case Management Conference__
Time Commenced __11:00 a.m.__ __11:15 A__ Time Terminated __11:30 A__

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| ~~Loren L. Pierce, Esquire~~ | ~~Robert J. Blumling, Esquire~~ | |
| ~~Mark Rosen, Esquire~~ | ~~David A. Levine, Esquire~~ | |
| Robert Moskow, Esquire | Michael D. Klein, Esquire | |
| | ~~Anthony E. Como, Esquire~~ | |

FILED
HARRISBURG, PA
APR 19 2002
MARY E. D'ANDREA, CLERK
PER _____ /DEPUTY CLERK

☒ See Order

REMARKS: _____

Continue remarks and notes on back.