IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GRAHAM ARCHITECTURAL :
PRODUCTS CORP.,
    Plaintiff :

vs. : CIVIL ACTION NO. 1:CV-00-1140

     :
STAR INSURANCE COMPANY,
    Defendant :

O R D E R

AND NOW, this 19th day of April, 2002, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a) Discovery shall be completed by October 18, 2002. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by October 18, 2002, and defendant's report is due by November 18, 2002. Supplementations, if any, are due by December 13, 2002.

    b) Motions for joinder of parties shall be filed by April 30, 2002. Motions to amend pleadings shall be filed by April 30, 2002.

    c) All pre-trial motions shall be filed by October 18, 2002, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case shall be placed on the December, 2002 trial list of this court, scheduling order to follow. Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

*William W. Caldwell*
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 19, 2002

Re:  1:00-cv-01140    Graham Architectural v. Star Insurance Compa

True and correct copies of the attached were mailed by the clerk to the following:

Loren L. Pierce, Esq.
McElroy, Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075

Mark A. Rosen, Esq.
McElroy, Deutsch & Mulvaney
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075

Robert Moskow, Esq.
McElroy, Deutsch & Mulvaney, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962

Robert J. Blumling, Esq.
Blumling & Gusky, LLP
1200 Koppers Bldg
Pittsburgh, PA  15219

Michael D. Klein, Esq.
Blumling & Gusky, LLP
1200 Koppers Bldg
Pittsburgh, PA  15219

David A. Levine, Esq.
Blumling & Gusky, LLP
1200 Koppers Building
Pittsburgh, PA  15219

Anthony E. Como, Esq.
Bluming & Gusky, LLP
1200 Koppers Building
Pittsburgh, PA  15219

```
cc:
Judge                              (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                   ( )              ( ) INS
U.S. Marshal                       ( )              ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        (✓)
Ctroom Deputy                      (✓)
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen    ( )   PA Atty Gen ( )
                                             DA of County   ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____           ( )
                                                         MARY E. D'ANDREA, Clerk
```

DATE: 4-19-02                                    BY: _____
                                                      Deputy Clerk