UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM ARCHITECTURAL PRODUCTS CORP.,** | Civil Action No. 1:CV-00-1140<br>Judge William W. Caldwell<br><br>Stipulation of Dismissal<br>Without Prejudice |
| Plaintiff, | |
| v. | |
| **STAR INSURANCE COMPANY,** | |
| Defendant. | |

FILED
HARRISBURG, PA
JUL 0 8 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE CLERK:

     Plaintiff, Graham Architectural Products Corp., by and through its counsel, McElroy, Deutsch & Mulvaney, LLP., pursuant to Fed. R .Civ. Proc. 41(a)(1)(ii) and the Tolling Agreement executed by counsel for both parties, hereby dismisses the above-captioned matter without prejudice.

Respectfully submitted,

{20146.01/266509:}

| | |
|---|---|
| McELROY, DEUTSCH & MULVANEY, LLP. | BLUMLING & GUSKY, LLP |

_____
Mark A. Rosen, Esquire

1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962-2075

Counsel for Plaintiff,
Graham Architectural Products Corp.

_____
Robert J. Blumling, Esquire
Pa. I.D. No. 3794
Michael D. Klein, Esquire
Pa. I.D. No. 76212

Firm No. 458

1200 Koppers Building
436 - 7th Avenue
Pittsburgh, PA 15219
(412) 227-2500

Counsel for Defendant,
Star Insurance Company